# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Carol Davis

                              Plaintiff,

v.                                                       Case No.: 1:18−cv−08264
                                                          Honorable Charles P. Kocoras

Roundy's Illinois, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 8, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court grants Roundy's request for an extension of time to comply with outstanding discovery requests. Roundy's is directed to respond to outstanding discovery requests as expeditiously as possible. In light of this extension, Plaintiff's motion to compel (Dkt. # [47]) is denied without prejudice. If any discovery issues remain at the February 23, 2021 status conference, the Court will address those issues at that time. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.